UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DANA MANZA, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

PESI, INC.,

    Defendant.

Case No.: 24-CV-690

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Attorney Brett B. Larsen of Hinshaw & Culbertson, LLP hereby appears on behalf of Defendant PESI, Inc. in the above-entitled action and demands all documents, notices, and pleadings in this action be served upon him at his office located at 100 East Wisconsin Avenue, Suite 2600, Milwaukee, Wisconsin 53202, or via the Court's Electronic Case Filing (CM/ECF) System.

Dated this 24th day of October, 2024.

    *s/ Brett B. Larsen*
    Brett B. Larsen
    State Bar No.: 1064355
    Attorneys for Defendant PESI, Inc.
    HINSHAW & CULBERTSON LLP
    100 E. Wisconsin Avenue, Suite 2600
    Milwaukee, WI 53202
    Phone: 414-276-6464
    Direct: 414-225-4809
    blarsen@hinshawlaw.com