UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANA MANZA, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

PESI, INC.,

    Defendant.

Case No.: 24-CV-690

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED** by and between Plaintiff Dana Manza and Defendant PESI, Inc., that the Defendant may have an enlargement of time from October 25, 2024, until November 22, 2024, to serve a responsive pleading to the complaint in this matter.

Dated: 10/24/24

HEDIN LLP
Attorneys for Plaintiff

By: *s/ Elliot O. Jackson*
Elliot O. Jackson
Frank S. Hedin

Dated: 10/24/24

HINSHAW & CULBERTSON LLP
Attorneys for Defendant

By: _____
Brett B. Larsen
State Bar No.: 1064355

2246\322788480.v1