UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DANA MANZA, individually and on
behalf of all other similarly situated,

        Plaintiff,

v.

PESI, INC.,

        Defendant.

Case No.:  24-CV-690

---

**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

IT IS HEREBY ORDERED that Defendant PESI, Inc.'s Stipulation for Extension of Time to Respond to Complaint in this matter is GRANTED.

Defendant's response is due no later than November 22, 2024.

Dated this _____ day of October, 2024.

_____
Honorable Anita Marie Boor
Unites States District Magistrate Judge

2246\322788485.v1