UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DANA MANZA, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

PESI, INC.,

    Defendant.

Case No.: 24-CV-690

---

**DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP**

---

I, the undersigned counsel of record for Defendant PESI, Inc., make the following disclosure:

1. Is the named party a subsidiary or affiliate of a publicly owned corporation?

    **No**

2. Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation?

    **No**

3. Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)?

    **No**

Dated this 24th day of October, 2024.

                                          *s/ Brett B. Larsen*
                                          Brett B. Larsen
                                          State Bar No.: 1064355
                                          Attorneys for Defendant PESI, Inc.
                                          HINSHAW & CULBERTSON LLP
                                          100 E. Wisconsin Avenue, Suite 2600
                                          Milwaukee, WI 53202

Phone:  414-276-6464
Direct:  414-225-4809
blarsen@hinshawlaw.com

2