UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANA MANZA, individually and on
behalf of all other similarly situated,

   Plaintiff,

v.

PESI, INC.,

   Defendant.

Case No.:  3:24-cv-000690-smb

---

### NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Attorney David M. Schultz of Hinshaw & Culbertson LLP appears as counsel for Defendant PESI, Inc. in the above-entitled action, and requests that all further notices, pleadings, papers, and other materials filed in this action be served upon him via the Electronic Case Filing System ("ECF").

Dated this 22nd day of November, 2024.

*Electronically signed by David M. Schultz*

David M. Schultz, Bar No. 6197596
Attorneys for Defendant
**HINSHAW & CULBERTSON LLP**
151 North Franklin St., Ste. 2500
Chicago, IL 60606
312-704-3000
dschultz@hinshawlaw.com