# Exhibit A

# HealthCare Nursing Seminar Attendees from PESI HealthCare Business Mailing List Mailing List

HealthCare Nursing Seminar Attendees from PESI HealthCare Business Mailing List is the leader of education within the healthcare community. Continuing Education Seminars, Conferences, On-Site Training and Webinars. PESI Healthcare Seminar Attendees: Current, Relevant, Effective.

**Get Count** | **Get Pricing** | **Get More Information**

| SEGMENTS | COUNTS THROUGH 12/31/2023 | |
|---|---|---|
| 303,967 TOTAL UNIVERSE / BASE RATE | | $130.00/M |
| 303,967 TOTAL UNIVERSE | | $130.00/M |
| 14,237 3 MONTH NURSING SEMINAR ATTENDEES | | + $20.00/M |
| 28,267 6 MONTH NURSING SEMINAR ATTENDEES | | + $15.00/M |
| 51,545 12 MONTH NURSING SEMINAR ATTENDEES | | + $10.00/M |
| FUNDRAISING | | $75.00/M |

| MARKET: | BUSINESS |
|---|---|
| CHANNELS: | |
| SOURCE: | DIRECT RESPONSE |
| PRIVACY: | UNKNOWN |
| DMA?: | NO |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 87% FEMALE 8% MALE |

## DESCRIPTION

**HealthCare Nursing Seminar Attendees from PESI HealthCare** provides current, relevant and effective on-site training programs for many enthusiastic medical professionals in all specialties. These individuals are eager to learn and grow within their healthcare practices and environments.

This list allows mailers and marketers to target accurately medical professionals looking to further their knowledge and practical experience in their respective fields.

**HealthCare Nursing Seminar Attendees from PESI HealthCare** also purchase a wide range of educational products and reference materials such as books, audio tapes, home-study packages and videos.

These are women and men who further their respective professions by way of distance training, online education, on-site training and by attending seminars.

Through webinars and teleseminars, **HealthCare Nursing Seminar Attendees from PESI HealthCare**, utilize the latest communication tools to deliver an integrated learning experience that can be attended either at your desk or in a conference room. These types of events are a convenient way to receive focused education without traveling.

Data Axle recommends the **HealthCare Nursing Seminar Attendees from PESI HealthCare Business Mailing List** for the following offers: Ad specialty catalogs, day planner/pen catalogs, small-business credit card offers, office furniture/supply catalogs, uniform apparel catalogs, hosiery / shoe catalogs, travel accessory catalogs, health publishing magazines, holiday card catalogs, food/gift offers, consumer gift offers, apparel catalogs, fundraising offers, consumer book offers and publications, news publications, health offers, medical supply catalogs, vitamin catalogs.

### SELECTS

| | |
|---|---|
| BUSINESS ADDRESS | $15.00/M |
| GENDER/SEX | $15.00/M |
| NO. OF EMPLOYEES | $15.00/M |
| ONE PER LOCATION | $15.00/M |
| SALES VOLUME | $15.00/M |
| SCF | $10.00/M |
| SEMINAR | $20.00/M |
| SEMINAR CATEGORY | $20.00/M |
| STATE | $10.00/M |
| TITLE | $15.00/M |
| ZIP | $10.00/M |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $3.00/M |
| DELIVERY FEE | $75.00/F |

### RELATED LISTS

- MEDICAL GROUP MANAGEMENT ASSOCIATION (MGMA)
- EMERGENCY NURSES ASSOCIATION (ENA)
- BOARD OF CERTIFICATION FOR EMERGENCY NURSING (BCEN)
- ASSOCIATION OF WOMEN'S HEALTH, OBSTETRIC AND NEONATAL NURSES (AWHONN)
- ONCOLOGY NURSING SOCIETY (ONS)
- MEDQOR – HEALTHCARE MASTERFILE
- ASSOCIATION OF AMERICAN MEDICAL COLLEGES (AAMC)
- NEW ENGLAND JOURNAL OF MEDICINE (NEJM)
- NATIONAL ASSOCIATION OF SOCIAL WORKERS (NASW) EMAIL AND MAILING LIST
- AMERICAN ACADEMY OF PHYSICIAN ASSISTANTS (AAPA)