# Exhibit B

# Mental Health Seminar Attendees from PESI Mailing List Mailing List

Mental Health Seminar Attendees from PESI represent a vast universe of professionals in many specialties dealing with therapy and counseling.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | COUNTS THROUGH 12/31/2023 | |
|---|---|---|
| 199,167 | TOTAL UNIVERSE / BASE RATE | $130.00/M |
| 199,167 | TOTAL UNIVERSE | $130.00/M |
| 12,957 | 3 MONTH SEMINAR ATTENDEES | + $20.00/M |
| 35,468 | 6 MONTH SEMINAR ATTENDEES | + $15.00/M |
| 71,932 | 12 MONTH SEMINAR ATTENDEES | + $10.00/M |
|  | FUNDRAISING | $75.00/M |

| POPULARITY: | 99 |
|---|---|
| MARKET: | BUSINESS |
| CHANNELS: |  |
| SOURCE: | DIRECT RESPONSE |
| PRIVACY: | UNKNOWN |
| DMA?: | NO |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 81% FEMALE 14% MALE |

## DESCRIPTION

CMI Education Institute, Inc is the non-profit parent company of PESI, MEDS-PDN, and CMI Education.



PESI is the largest behavioral health education company in the country, providing more than 4,000 seminars and conferences across the country each year. The trainings are designed by expert clinicians with the needs of professional adult learners in mind. Seminars for the mental health professionals provide practical, hands-on skills, strategies, techniques and interventions that improve the outcome of the people they serve. PESI has been connecting knowledge with need since 1979.

The **Mental Health Seminar Attendees from PESI Mailing List** provides access to highly sought-after professionals, such as counselors, therapists, social workers, psychologists, nurses, teachers, marriage and family therapists, occupational therapists, physical therapists, speech language pathologists, and others in the helping professions.

PESI provides mailers and marketers with leading behavioral health professionals who are looking to expand their awareness about treatments and therapy programs. These attendees purchase a wide range of educational products and reference materials including seminars, conferences, video webcasts, on-demand trainings, home study opportunities and books.

Connect with individuals who share a strong commitment to improve their clients' quality of life as well as being up-to-date with the latest trends and techniques available in their respective fields.

The **Mental Health Seminar Attendees from PESI Mailing List** are ideal for offers including: Ad specialty catalogs, day planner/pen catalogs, small-business credit card offers, office furniture/supply catalogs, uniform apparel catalogs, hosiery / shoe catalogs, travel accessory catalogs, health publishing magazines, holiday card catalogs, food/gift offers, consumer gift offers, apparel catalogs, fundraising offers, consumer book offers and publications, news publications, health offers, medical supply catalogs, vitamin catalogs.

| SELECTS | |
|---|---|
| COURSE HEADING | $15.00/M |
| JOB TITLE | $15.00/M |
| NO. OF EMPLOYEES | $15.00/M |
| ONE PER LOCATION | $15.00/M |
| SALES VOLUME | $15.00/M |
| SCF | $10.00/M |
| SIC/NAICS CODE | $15.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |
| **ADDRESSING** | |
| KEY CODING | $3.00/M |
| DELIVERY FEE | $75.00/F |

**RELATED LISTS**
- NATIONAL ASSOCIATION OF SOCIAL WORKERS (NASW) EMAIL AND MAILING LIST
- AMERICAN MENTAL HEALTH COUNSELORS ASSOCIATION
- AMERICAN COUNSELING ASSOCIATION MEMBERS
- NATIONAL ASSOCIATION OF SCHOOL PSYCHOLOGISTS (NASP)
- AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY (AACAP)
- AMERICAN ASSOCIATION FOR MARRIAGE & FAMILY THERAPY (AAMFT)
- JOURNAL WATCH PSYCHIATRY JACOB-CAMERON PUBLISHING
- COMPANY PSYCHOLOGY AND COUNSELING DATABASE
- AMERICAN BOARD OF CLINICAL SOCIAL WORK (ABCSW)
- COMPLETE MEDICAL'S ADDICTION COUNSELORS