UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANA MANZA, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

PESI, INC.,

    Defendant.

Case No.: 24-CV-690

## NOTICE OF MOTION AND MOTION TO DISMISS

To: All Counsel of Record

PLEASE TAKE NOTICE that defendant, PESI, Inc., by its attorneys Hinshaw & Culbertson LLP, moves the Court for an Order dismissing all claims alleged in Plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6). This Motion is based upon the supporting brief and the pleadings and other papers previously filed in this action.

Dated this 16th day of December, 2024.

*Electronically signed by Brett B. Larsen*
Brett B. Larsen
State Bar No.: 1064355
Attorneys for Defendant PESI, Inc.
HINSHAW & CULBERTSON LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
414-276-6464
blarsen@hinshawlaw.com

David M. Schultz
IL Bar No.: 6197596
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
dschultz@hinshawlaw.com