UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANA MANZA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>PESI, INC.,<br><br>    Defendant. | Case No.: 3:24-cv-000690-amb<br>**DEMAND FOR JURY TRIAL** |

## CERTIFICATION OF RULE 26(C) CONFERENCE

I, Brett B. Larsen, declare:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of Defendant PESI, Inc.'s Motion to Stay Discovery.

2. I am an attorney with Hinshaw & Culbertson LLP. I represent PESI, Inc. ("Defendant") in the above-captioned action.

3. On December 13, 2024, counsel for Defendant in good faith conferred with counsel for Plaintiff Dana Manza ("Plaintiff") regarding its intention to file a motion to stay discovery pending a ruling on its motion to dismiss the Amended Complaint (ECF Nos. 15-16). At that conference, counsel for Plaintiff advised Defendant that it opposes a stay of discovery pending a ruling on Defendant's motion to dismiss.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: December 16, 2024                                  *s/Brett B. Larsen*
                                                                              Brett B. Larsen