## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANA MANZA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PESI, INC.,<br><br>    Defendant. | CASE NO. 3:24-cv-000690-amb |

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**IT IS HEREBY STIPULATED** by and between Plaintiff Dana Manza and Defendant PESI, Inc., that Plaintiff may have an enlargement of time from January 6, 2025, until January 20, 2025, to respond to Defendant's Motion to Dismiss.

Dated: December 19, 2024

Respectfully submitted,

**HEDIN LLP**

By: *s/ Elliot O. Jackson*
    Elliot O. Jackson
    Ejackson@hedinllp.com

*Counsel for Plaintiff and the Putative Class*

Dated: December 19, 2024

**HINSHAW & CULBERTSON LLP**
Attorneys for Defendant

By: Brett B. Larsen
State Bar No.: 1064355