**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

DANA MANZA, individually and on behalf            CASE NO. 3:24-cv-000690-amb
of all others similarly situated,

      Plaintiff,

v.

PESI, INC.,

      Defendant.

---

**[PROPOSED] ORDER ON EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

---

      **IT IS HEREBY ORDERED** that Plaintiff Dana Manza's Stipulation for Extension of

Time to Respond to Defendant's Motion to Dismiss is **GRANTED**.

      Plaintiff's response is due no later than January 20, 2025.

Dated this _____ day of December 2024

                                      _____

                                      Honorable Anita Marie Boor
                                      Unites States Magistrate Judge