UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANA MANZA, individually and on
behalf of all other similarly situated,

    Plaintiff,

v.

PESI, INC.,

    Defendant.

Case No.:  24-CV-690-amb

**ORDER FOR EXTENSION OF TIME**

The Court, having reviewed Defendant PESI, Inc.'s Unopposed Motion for Enlargement of Time to File Reply in Support of Motion to Dismiss and having determined that good cause exists for the relief requested therein:

**IT IS HEREBY ORDERED** that: (1) the motion for enlargement of time is GRANTED; and (2) Defendant's reply in support of its pending motion to dismiss (Doc. No. 15) is due no later than February 13, 2025.

Dated this _____ day of January, 2025.

_____
Honorable Anita Marie Boor
Unites States District Magistrate Judge

1080046\323630138.v1