

1395 Brickell Avenue, Suite 610  
Miami, Florida 33131-3353  
www.hedinllp.com

**Elliot O. Jackson**  
(305) 357-2107  
ejackson@hedinllp.com

February 28, 2025

VIA CM/ECF

Hon. James D. Peterson  
United States District Court  
Western District of Wisconsin  
120 N. Henry St.,  
Madison, WI 53703

    **Re: No. 3:24-cv-00690,** *Manza v. PESI, Inc.*

Dear Judge Peterson:

    Plaintiff writes to inform the Court of a recent decision related to similar allegations in a pleading and the briefing in opposition to Defendant's Motion to Dismiss. The decision was issued by the United States District Court for the Southern District of Florida, and it is captioned: *Guereca v. Motorsport.tv Digital, LLC*, No. 1:24-CV-24066, ECF No. 30 (S.D. Fla. Feb. 19, 2025). Plaintiff could not have cited this authority previously because the decision was not rendered until February 19, 2025, which was after the briefing had closed. A copy of the *Guereca* opinion is attached as Exhibit A and without further argument from Plaintiff.

                            Respectfully submitted,

                            **HEDIN LLP**

                            By: *s/ Elliot O. Jackson*  
                            Elliot O. Jackson  
                            1395 Brickell Ave., Suite 610  
                            Miami, Florida 33131-3302  
                            Telephone:    (305) 357-2107  
                            Facsimile:     (305) 200-8801  
                            Ejackson@hedinllp.com