UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANA MANZA, individually and on
behalf of all other similarly situated,

Plaintiff,

v.

PESI, INC.,

Defendant.

Case No.:  24-CV-690-amb

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Dana Manza ("Plaintiff") and Defendant PESI, Inc., ("Defendant") (collectively the "Parties"), respectfully request that the Court, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, grant their instant Joint Motion and enter the Agreed Protective Order attached hereto as Exhibit A to govern and/or limit the dissemination of discovery conducted in this case, including, but not limited to, the production and/or exchange of documents and information.  In support of their instant motion, the Parties state as follows:

1. This is a putative class action in which Plaintiff alleges Defendant violated the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, *et seq*.

2. The Parties have met and conferred and agree that the attached Protective Order should be entered to govern and/or limit the dissemination of discovery conducted in this case, including, but not limited to, the production and/or exchange of documents and information, which likely will involve the exchange of sensitive personal, business, financial, and/or commercial information.

3. Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure provides that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."  Fed. R. Civ. P. 26 (c)(1)(G).

4. Here, there is good cause for entry of the attached Protective Order to maintain the

confidentiality of sensitive personal, business, financial, and/or commercial information, while at the same time providing the parties with sufficient access to such information.

WHEREFORE, the Parties respectfully request that the Court grant their instant motion and enter the Protective Order attached as Exhibit A.

Dated: March 27, 2025.                    Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**
Attorneys for Defendant

*Electronically Signed by Brett B. Larsen*
Brett B. Larsen
State Bar No.: 1064355
Daniel J. Hollis
State Bar No.: 1128071
790 N. Water Street, Suite 1950
Milwaukee, WI 53202
414-276-6464
blarsen@hinshawlaw.com
dhollis@hinshawlaw.com

David M. Schultz
IL Bar No.: 6197596
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
dschultz@hinshawlaw.com

**HEDIN LLP**
Attorneys for Plaintiff

*Electronically signed by Elliot O. Jackson* (w/permission)
Elliot O. Jackson
Frank S. Hedin
1395 Brickell Ave., Suite 610
Miami, FL 33131-3302
305-357-2107
ejackson@hedinllp.com
fhedin@hedinllp.com