UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANA MANZA, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

PESI, INC.,

    Defendant.

Case No.: 24-CV-690-amb

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dana Manza and Defendant PESI, Inc. hereby give notice to the Court that they have reached a proposed settlement in this case. The Parties are in the process of drafting a settlement agreement and preparing related settlement materials. Plaintiff expects to file a motion for preliminary approval of the proposed settlement within 30 days.

Dated: August 15, 2025

**HEDIN LLP**

*s/ Frank S. Hedin*
Frank S. Hedin
Elliot O. Jackson
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:  (305) 357-2107
Facsimile:  (305) 200-8801
fhedin@hedinllp.com
ejackson@hedinllp.com

*Attorneys for Plaintiff*

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

*s/ Brett Larsen (w/ permission)*
Brett B. Larsen
Daniel J. Hollis
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
414-276-6464
blarsen@hinshawlaw.com
dhollis@hinshawlaw.com

David M. Schultz
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
dschultz@hinshawlaw.com

*Attorneys for Defendant*