UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANA MANZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PESI, INC.,<br><br>Defendant. | Case No.: 3:24-cv-000690-AMB-JDP |

## NOTICE OF FILING PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Dana Manza respectfully submits the attached proposed order with respect to the Motion for Preliminary Approval of Class Action Settlement Agreement (ECF No. 45) filed by Plaintiff yesterday evening. The attached proposed order is consistent with the proposed order attached as Exhibit E to the parties' Settlement Agreement (ECF No. 46-1 at 59-66).

Dated: October 30, 2025

Respectfully submitted,

/s/ Frank S. Hedin
Frank S. Hedin

HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

Elliot O. Jackson
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: Ejackson@hedinllp.com

*Counsel for Plaintiff and Proposed Class Counsel*